1  Rodeen Talebi (CA SBN 320392)
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA 94063
4  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
5  talebi@fr.com

6
   Neil J. McNabnay (*pro hac vice*)
7  Ricardo J. Bonilla (*pro hac vice*)
   Michael Vincent (*pro hac vice*)
8  FISH & RICHARDSON P.C.
9  1717 Main Street, Suite 5000
   Dallas, TX 75201
10 Telephone: (214) 747-5070
11 Facsimile: (214) 747-2091
   mcnabnay@fr.com
12 rbonilla@fr.com
13 vincent@fr.com

14
   Attorneys for Defendant
15 Topcon Positioning Systems, Inc.

16                    UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA

18 | HYDRO NET LLC,
19 |         Plaintiff,                    | Case No. 5:20-cv-06116-NC
20 |    v.
21 | TOPCON POSITIONING SYSTEMS,           | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**
22 | INC.,
23 |         Defendant.

1  Plaintiff Hydro Net LLC and Defendant Topcon Positioning Systems, Inc. hereby stipulate as follows:

### RECITALS

On August 31, 2020, Plaintiff filed a Complaint in this court against the Defendant. The Complaint was served on Defendant on September 4, 2020. Plaintiff filed an Amended Complaint on September 21, 2020.

### STIPULATION

The parties have mutually agreed to extend Defendant's time to file a responsive pleading to the Amended Complaint until October 26, 2020. No party will be prejudiced by this brief extension.

Dated: September 22, 2020          Respectfully submitted,

By: */s/ Rodeen Talebi*
Rodeen Talebi

Attorney for Defendant

Dated: September 22, 2020          Respectfully submitted,

By: */s/ Steven W. Ritcheson*
Steven W. Ritcheson

Attorney for Plaintiff

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _____, 2020         By    _____
4                                              Nathanael M. Cousins
5                                              United States District Judge