Rodeen Talebi (CA SBN 320392)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
talebi@fr.com

Neil J. McNabnay (*pro hac vice*)
Ricardo J. Bonilla (*pro hac vice*)
Michael Vincent (*pro hac vice*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
rbonilla@fr.com
vincent@fr.com

Attorneys for Defendant
Topcon Positioning Systems, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYDRO NET LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>TOPCON POSITIONING SYSTEMS,<br>INC.,<br><br>          Defendant. | Case No. 5:20-cv-06116-NC<br><br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

Plaintiff Hydro Net LLC and Defendant Topcon Positioning Systems, Inc. hereby stipulate as follows:

## RECITALS

On August 31, 2020, Plaintiff filed a Complaint in this court against the Defendant. The Complaint was served on Defendant on September 4, 2020. Plaintiff filed an Amended Complaint on September 21, 2020.

## STIPULATION

The parties have mutually agreed to extend Defendant's time to file a responsive pleading to the Amended Complaint until October 26, 2020. No party will be prejudiced by this brief extension.

Dated: September 22, 2020            Respectfully submitted,

By: */s/ Rodeen Talebi*____
Rodeen Talebi

Attorney for Defendant

Dated: September 22, 2020            Respectfully submitted,

By: */s/ Steven W. Ritcheson*_____
Steven W. Ritcheson

Attorney for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____September 22_ , 2020          By _____



JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT
Case No. 5:20-cv-06116-NC