1  Jared J. Braithwaite (CA State Bar No. 288642)
2     jbraithwaite@mabr.com
   MASCHOFF BRENNAN
3  100 Spectrum Center Drive, Suite 1200
4  Irvine, California 92618
   Telephone:  (949) 202-1900
5  Facsimile:  (949) 453-1104

6  Attorney for Defendant Topcon Positioning Systems, Inc.

7

8

9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12  **Hydro Net LLC**,

13                 Plaintiff;                    Case No. 5:20-cv-06116-LHK

14       v.                                     **Second Joint Stipulated Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint**
15  **Topcon Positioning Systems, Inc.**,
16                 Defendant.
17

18     The parties stipulate and jointly move to extend the time for Defendant Topcon
19  Positioning Systems, Inc. to answer or otherwise respond to Plaintiff Hydro Net LLC's
20  Amended Complaint for an additional 30 days, through and including
21  November 25, 2020.

22                              **RECITALS**
23    1. On August 31, 2020, Plaintiff filed a Complaint in this court against the
24       Defendant.
25    2. The Complaint was served on Defendant on September 4, 2020.
26    3. Plaintiff filed an Amended Complaint on September 21, 2020.
27    4. The parties previously agreed and jointly moved to extend Defendant's time to
28       file a response to the Amended Complaint until October 26, 2020.

5. New counsel for Defendant filed a notice of appearance on October 20, 2020, and former counsel intends to withdraw as counsel.
6. The parties agree that a 30-day extension for Defendant to respond to the Amended Complaint is appropriate to allow Defendant's new counsel to review the allegations of the Amended Complaint and to respond to it.
7. No party will be prejudiced by this brief extension nor will the extension impact the Court's case management conference set for January 6, 2021.

## STIPULATED MOTION

Based on the foregoing, the parties jointly move to extend the time for Defendant Topcon Positioning Systems, Inc. to answer or otherwise respond to Plaintiff Hydro Net LLC's Amended Complaint for an additional 30 days, through and including November 25, 2020.

Dated: October 23, 2020                    Respectfully submitted,

MASCHOFF BRENNAN                           INSIGHT PLC

By: /s/ Jared J. Braithwaite               By: /s/ Steven W. Ritcheson
    Jared J. Braithwaite                       Steven W. Ritcheson

    Attorney for Defendant                     Attorney for Plaintiff

                                           *(signed with permission by filing attorney)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hydro Net LLC**, <br><br> Plaintiff; <br><br> v. <br><br> **Topcon Positioning Systems, Inc.**, <br><br> Defendant. | Case No. 5:20-cv-06116-LHK <br><br> **[Proposed] Order Granting Second Joint Stipulated Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint** |

Pursuant to the parties' stipulation and motion to extend the time for Defendant Topcon Positioning Systems, Inc. to answer or otherwise respond to Plaintiff's Amended Complaint, **IT IS HEREBY ORDERED** that Topcon Positioning Systems, Inc.'s deadline to answer or otherwise respond to Plaintiff Hydro Net LLC's Amended Complaint is extended by 30 days, through and including November 25, 2020.

Dated: __October 26__, 2020         By: _/s/ Lucy H. Koh_____
                                                             Honorable Judge Lucy H. Koh
                                                             United States District Judge

1